Case 2:13-cv-01737-GW-JEM   Document 1   Filed 03/11/13   Page 1 of 38   Page ID #:4



COPY

Peter R. Afrasiabi, Esq. (Bar No. 193336)
  pafrasiabi@onellp.com
John Tehranian, Esq. (Bar No. 211616)
  jtehranian@onellp.com
Imran F. Vakil, Esq. (Bar No. 248859)
  ivakil@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
*Andrea Carter-Bowman Ltd.*

2013 MAR 11  PM 3: 27

FILED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANDREA CARTER-BOWMAN Ltd. a
United Kingdom Company,

    Plaintiff,

v.

BUZZMEDIA, INC., a California
corporation, doing business as
BUZZNET.COM; and DOES 1-10,
inclusive,

    Defendants.

Case No.   **CV13-1737 GW(JEMx)**

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

By Fax

**COMPLAINT**

1  Andrea Carter-Bowman Ltd. ("Carter-Bowman"), by and through its attorneys of
2  record, complains against Buzzmedia, Inc., d/b/a Buzznet.com ("Buzzmedia") and DOES 1
3  through 10 (collectively, "Defendants") as follows:

4

5  **JURISDICTION AND VENUE**

6  1.  This is a civil action against Defendants for their acts of copyright
7  infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This
8  Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. §
9  1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

10  2.  Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28
11  U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be
12  found and transact business in this Judicial District, and the injury suffered by Plaintiff took
13  place in this Judicial District.  Defendants are subject to the general and specific personal
14  jurisdiction of this Court because of their contacts with the State of California.

15

16  **PARTIES**

17  3.  Plaintiff Carter-Bowman is a foreign company with its principal place of
18  business in London, England, and the owner of the copyrights to the photographs at issue
19  herein.

20  4.  Plaintiff is informed and believes and, upon such, alleges that Buzzmedia is a
21  California Corporation with its principal offices and headquarters in this Judicial District
22  (at 6464 Sunset Boulevard, 6th Floor, Hollywood, California 90028).  Buzzmedia is doing
23  business under the name Buzznet and Buzznet.com as the sole owner and operator of the
24  Internet website located at http://Buzznet.com. On that website, Buzznet holds itself as
25  follows:  "Buzznet is a member of SPIN Music Group, a division of BUZZMEDIA."

26  5.  DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues
27  said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this
28  Complaint and insert the true names and capacities of said Defendants when the same have

2

**COMPLAINT**

been ascertained.  Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

### A. The Photos Forming the Subject Matter of This Dispute

6.     Ms. Andrea Carter-Bowman is a renowned fashion and celebrity photographer based in London, England.  Plaintiff Carter-Bowman is a business that holds the copyrights to the photos at issue.  Ms. Carter-Bowman's great efforts to meticulously hone her craft have received widespread acclaim and recognition.  Indeed, Carter-Bowman's client roster is decidedly "A" list and includes some of most highly respected media and fashion companies in the world, such as Disney, Loreal, Maire Claire, British Vogue, and ELLE, among many others.  Carter-Bowman's experience goes beyond that of media and fashion to include the commissioned photography of numerous models and celebrities, including actress Emma Watson of Harry Potter fame.

7.     Charlotte "Lottie" Moss is the 13-year-old half-sister of internationally recognized supermodel Kate Moss.  With her noted pedigree and ethereal good-looks, Lottie enjoys a promising future in editorial spreads, on the runway and in advertisements — if she chooses to enter the public spotlight and pursue a modeling career.  With this decision in mind, Lottie decided to assay her modeling skills with a test shoot.  As a top-tier fashion photographer, Carter-Bowman was the logical choice to lead the session.

8.     Entrusted with the task of curating this ingénue's first professional images, Carter-Bowman emphatically delivered.  Plaintiff's captivating shots of Lottie (hereinafter, collectively "the Photos"), which form the subject matter of this suit, are attached hereto as **Exhibit A**.

9.     Carter-Bowman's images of Lottie exceeded expectations.  Despite being borne from a test shoot, substantial potential licensing opportunities were anticipated.  At

3

the time of the infringement, however, the Photos were of a private figure—an underage minor—who had not yet decided to enter the public spotlight or even pursue a professional career.

10. The Photos were registered with the United States Copyright Office on or about November 22, 2011 under registration number VA 1-798-041.

11. All rights, title and interest to the Photos were assigned to Plaintiff on or about April 30, 2012.

**B. The Defendants and their Infringement**

12. Plaintiff is informed and believes and, upon such, alleges that, under the name "Buzznet" and "Buzznet.com," Defendant Buzzmedia owns and operates a commercial website located at http://Buzznet.com (the "Website") that purports to provide "a user-driven community where passionate fans can post and share their love of pop culture, music, fashion, photography and more, and where young, massively social influencers drive the latest in style and culture." Buzzmedia also owns and operates other at approximately another twenty successful websites, including radaronline.com.

13. However, the infringements in question were not uploaded by a user, but, rather, by a member of Buzznet's own staff—a professional writer known and identified as "amypiehoneybunches" or "Amy Scarlata" who also serves as Buzznet's official "Marketing Coordinator."

14. BuzzMedia's represents on http://www.buzz-media.com/publisher/buzznet/, that "[Buzznet] [r]eaches nearly 900,000 passionate fans of pop culture on a monthly basis" and that "Visitors are 261% more likely to be women aged 18-24 ." Indeed, the Website is listed in the Alexa.com Top 9,000 Global Website Traffic Rankings.

15. Plaintiff is informed and believes and, upon such, alleges that the Website generates significant revenue from the sale of advertising.

16. Despite Buzzmedia's economic resources and sophistication on basic matters of intellectual property law, Defendants have, on information and belief, violated federal law by willfully infringing the copyrights of Carter-Bowman on the Website. Specifically,

4

**COMPLAINT**

on or around November 14, 2011, Defendants reproduced, distributed and publicly displayed at least nine of Carter-Bowman's photos, and derivatives thereof, on the Website without permission, consent, or license from Carter-Bowman, the rightsholder to the Photos.

17.     In the marketplace, fashion and celebrity photographs such as those at issue in this case carry tremendous monetary value.  Carter-Bowman crafts images of celebrities at a significant cost and licenses these images to various third parties to create highly sought after feature spreads and/or advertising online and offline.  The exclusive nature of the Photos had substantial monetary value for its author and owner, which was irreparably harmed by the actions of Defendants.

18.     On information and belief, Defendants herein have driven massive traffic to their web properties in part due to the presence of the sought after and searched-for fashion and celebrity images.  All of this traffic translates into significant ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

19.     Plaintiff Carter-Bowman incorporates here by reference the allegations in paragraphs 1 through 19 above.

20.     Carter-Bowman is the owner of the copyright to the Photos, which substantially consists of material wholly original with Plaintiff and which constitute copyright subject matter under the laws of the United States.  Carter-Bowman has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  The Photos has been timely registered with the United States Copyright Office. Attached hereto as **Exhibit B** is the U.S. Copyright Registration Certificate for the Photos.

21.     Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, on information and belief, will continue to infringe Carter-Bowman's copyrights by reproducing, displaying, distributing and utilizing the Photos for purposes of

**COMPLAINT**

trade in violation of 17 U.S.C. § 501 *et seq.* Attached hereto as **Exhibit C** are various copies of Defendants' acts of infringement.

22.    Defendants have willfully infringed, and unless enjoined, on information and belief, will continue to infringe Carter-Bowman's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

23.    These acts of infringement are willful because, *inter alia*, the Defendants are sophisticated and have full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation, especially given past lawsuits against Buzzmedia for infringement of fashion and celebrity photographs. Indeed, Defendants demand nothing less of others who use *their* copyrighted content.

24.    Defendants, despite such copyright notice and terms of use, reproduced, publicly distributed and publicly displayed the Photos on the Website.

25.    Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including increasing the traffic to the Website and, thus, increasing the advertising fees realized.

26.    The actions of Defendants were and are continuing to be performed without the permission, license or consent of Carter-Bowman.

27.    The wrongful acts of Defendants have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Carter-Bowman will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Plaintiff seeks a declaration that Defendants are infringing Carter-Bowman's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

28.    As a result of the acts of Defendants alleged herein, Carter-Bowman has suffered and is suffering substantial damage to its business in the form of diversion of

6

**COMPLAINT**

trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

29.   Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages equal to $150,000 per act of infringement (or $1,350,000.00 for all known works infringed).

30.   Alternatively, at Plaintiff's discretion, Carter-Bowman is entitled to actual damages in an amount to be proven at trial for the infringement of nine works.

31.   Plaintiff is also entitled to attorney's fees in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.   The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Carter-Bowman's rights in the Photos.

2.   Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3.   An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

**COMPLAINT**

4.       Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5.       Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6.       That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  March 11, 2013                          **ONE LLP**

By: _____
Imran F. Vakil, Esq.
Attorneys for Plaintiff,
Andrea Carter-Bowman Ltd.

---

8

**COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiff Carter-Bowman hereby demands trial by jury of all issues so triable under the law.

Dated:  March 11, 2013                               **ONE LLP**

                                                        By: _____
                                                            Imran F. Vakil, Esq.
                                                            Attorneys for Plaintiff,
                                                            Andrea Carter-Bowman Ltd.

9

**COMPLAINT**

# EXHIBIT "A"



















# EXHIBIT "B"

**Registration #:** VA0001798041
**Service Request #:** 1-687052081



Lickerish LTD
Melanie Marson
36 Eastcastle Street
London,  W1W 8DP  United Kingdom

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-798-041

**Effective date of
registration:**

November 22, 2011

## Title

**Title of Work:** Andrea Carter-Bowman Photo Shoot - Lottie Moss First Modeling Test - 15 October 2011

**Contents Titles:** ACB_lottie_15-10-11 0199_1CROP

ACB_lottie_15-10-11 019_1CROP

ACB_lottie_15-10-11 030_1CROP

ACB_lottie_15-10-11 036_1CROP

ACB_lottie_15-10-11 060_1CROP

ACB_lottie_15-10-11 0677_1CROP

ACB_lottie_15-10-11 067_1CROP

ACB_lottie_15-10-11 071_1CROP

ACB_lottie_15-10-11 104_1CROP

ACB_lottie_15-10-11 149CROP

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 2, 2011     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Andrea Carter-Bowman

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Andrea Carter-Bowman

Flat 1, 1 Beaufort Street, London, SW3 5AQ, United Kingdom

## Rights and Permissions

**Organization Name:** Lickerish LTD

**Name:** Melanie Marson

**Telephone:** +44-020-7323 1999 (0)

**Address:** .000 000 0000
36 Eastcastle Street

London, W1W 8DP United Kingdom

## Certification

**Name:** Joe G. Naylor

**Date:** November 22, 2011

**Applicant's Tracking Number:** C1024



**EXHIBIT "C"**

Amypiehoneybunch's Ph… ×
amypiehoneybunch.buzznet.com/photos/katemoss13yearoldsis/list/

# BUZZNET

Home | Music | Fashion | Photos | Entertainment | Videos | Groups | Contests

Post Something:

Login   Signup











## Amypiehoneybunch's Photos

from gallery Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Display: Thumbnails | Details



Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever
Added Nov 14, 2011



Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever
Added Nov 14, 2011



Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever
Added Nov 14, 2011



Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever
Added Nov 14, 2011

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever
Added Nov 14, 2011

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

STAFF







amypiehoneybunch
Torrance CA, US
Female, Capricorn
http://mag50untitle.blogspot.co… (more info)

Follow Me | RSS

Amypiehoneybunch's Badges:

1149 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Lists | Polls | Groups

¿quieres estar a la última?

TENDENCIAS

msn

AdChoices

Amypiehoneybunch's Recent ◀ 1 of 6 ▶
Galleries

Ever Wonder What Jared Leto Looks Like In Drag?
Updated Nov 16, 2012

Unicorns, Stars, and Rainbow Kittens: The Evolution of Lisa Frank
Updated Oct 17, 2012

Real GIRLS Have Curves:

Firefox ▼

Kate Moss' 13-Year-Old Sister is STUNNI...   +

amypiehoneybunch.buzznet.com/photos/katemoss13yearoldsis/



Post Something:    

Home | Music | Fashion | Photos | Entertainment | Videos | Groups | Contests

Login   Signup



## Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Social: Off | Activity

Like   0

 **amypiehoneybunch**
Nov 14, 2011

When style legend and all time fashion great Kate Moss got married this summer, she wasn't the only star of the show. Lottie, her 13-year-old little sister surprised fashionistas everywhere when they saw that she was poised to take the fashion world by storm with her ethereal beauty.

Similarly to when Pippa Middleton's bum stole some of Kate Middleton's wedding day thunder, the press hounded the Moss' mother as to when little Lottie would follow in her sister's cat walking footsteps. She responded by telling Vogue UK "She's too young. When she is old enough it will be her decision." Thank the heavenly fashion Gods, it appears that decision has been made now that these amazing photos by Andrea Carter Bowman have surfaced. WHAT IS IN THE WATER OVER AT THAT MOSS HOUSEHOLD?

Check 'em out below:

VIEW THE GALLERY / 9 Photos »



VIEW THE
PHOTO
GALLERY

Like   0    Send   tumblr +    Tweet   0        82

Follow Me   RSS

 **amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co...
(more info)

**Amypiehoneybunch's Badges:**

    

1146 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups

# Turtlenecks



American Apparel   Made in USA
Sweatshop Free

Amypiehoneybunch's Recent   ◄ 1 of 6 ►
Galleries

 Ever Wonder What Jared Leto
Looks Like In Drag?
Updated Nov 16, 2012

 Unicorns, Stars, and Rainbow
Kittens: The Evolution of Lisa
Frank
Updated Oct 17, 2012

amypiehoneybunch - Buzznet

amypiehoneybunch.**buzznet**.com/user/



**amypiehoneybunch**

Torrance CA, US

Female, Capricorn

http://masburritos.blogspot.co.... (more info)

FoLLoW Me  RSS

Amypiehoneybunch's Badges:




1148 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups

**Sexy Tribu**

TU SITIO DE ENCUENTROS CASUALES SIN COMPROMISO PARA HOMBRES Y MUJERES SIN INHIBICIONES

¡Regístrate gratis ya!

Amypiehoneybunch's Recent  ◀ 1 of 6 ▶
Galleries

Transferring data from cdn.buzznet.com...

f Connect wit

**Sign Up for BUZZNET**

## Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever Read More »

2 of 9 (see all)



Full Size

## Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Firefox ▼

Kate Moss' 13-Year-Old Sister is STUNNI...

amypiehoneybunch.**buzznet.com**/photos/katemoss13yearoldsis/?id=67619591

STAFF



Follow Me | RSS

**amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co…. (more info)

Amypiehoneybunch's Badges:

  

1148 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups



Create your Curves

1 of 6 ▶

Amypiehoneybunch's Recent Galleries

Ever Wonder What Jared

× ▲

**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever** Read More »

3 of 9 (see all)

Full Size

**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever**



Sign Up for BUZZNET

f Connect with Facebook




**amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co.... (more info)

Follow Me   RSS

Amypiehoneybunch's Badges:








1148 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups

Ads by ★ REVERBNATION

Discover New Pop Music

Amypiehoneybunch's Recent   ◀ 1 of 6 ▶
Galleries



Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever   Read More »

4 of 9 (see all)





Full Size

Sign Up for BUZZNET

f Connect with Facebook

Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

amypiehoneybunch.buzznet.com/photos/katemoss/13yearoldsis/?id=67619611

STAFF



**amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co....
(more info)

Follow Me  RSS

Amypiehoneybunch's Badges:

 

1148 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups

Vuele a Argentina con nosotros
Compre ahora
desde **884€** i/v

TAM
AIRLINES

GRUPO LATAM AIRLINES

Amypiehoneybunch's Recent ▼ 1 of 6 ▲
Galleries

Ever Wonder What Jared

**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever** Read More »

5 of 9 (see all)

▲
▼

Full Size



**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever**

f Connect with Facebook

**Sign Up for BUZZNET**



STAFF

**amypiehoneybunch**

Torrance CA, US

Female, Capricorn

http://masburritos.blogspot.co.... (more info)

FoLLoW Me   RSS

Amypiehoneybunch's Badges:

1148 Points | 11 Achievements

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups









ESTANCIAS DESDE
€59,90

CON EL REGALO PERFECTO,
LA VIDA ES BELLA

la vida
es bella

Amypiehoneybunch's Recent   ◀ 1 of 6 ▶
Galleries

Transferring data from tags.expo9.exponential.com...

# Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever Read More »

6 of 9 (see all)

Full Size

# Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Sign Up for BUZZNET

f Connect with Facebook

amypiehoneybunch.buzznet.com/photos/katemoss13yearoldsis/?id=67619621

Kate Moss' 13-Year-Old Sister is STUNNI...

Firefox



STAFF



**amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co....
(more info)

FoLLow Me    RSS

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups





✿ **TeleTRADE**

Operar en Forex y CFDs implica un riesgo de pérdidas significativo

**Amypiehoneybunch's Recent Galleries**    ▼ 1 of 6 ▲

Ever Wonder What Jared Leto Looks Like In Drag?
Updated Nov 16, 2012



Unicorns, Stars, and Rainbow Kittens: The



Evolution of Lisa Frank

## Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever Read More »

7 of 9 (see all)



Full Size

## Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever

Connected to ads.revsci.net.

f Connect with Facebook





STAFF

**amypiehoneybunch**
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co...
(more info)

Follow Me | RSS

Main | Photos | Videos | Audio | Blog | Links | Polls |
Groups

**Amypiehoneybunch's Recent** ▼ 1 of 6 ▲
Galleries

Ever Wonder What Jared
Leto Looks Like In Drag?
Updated Nov 16, 2012



Unicorns, Stars, and
Rainbow Kittens: The
Evolution of Lisa Frank
Updated Oct 17, 2012

# Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot
## Ever Read More »

8 of 9 (see all)

Full Size





# Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot
## Ever

**amypiehoneybunch**
amypiehoneybunch.buzznet.com/pho....oss13yearoldsis/?id=67619651#pt





amypiehoneybunch.buzznet.com/photos/katemoss13yearoldsis/?id=67619651

STAFF

amypiehoneybunch
Torrance CA, US
Female, Capricorn
http://masburritos.blogspot.co...
(more info)

Follow Me   RSS

Main | Photos | Videos | Audio | Blog | Links | Polls | Groups

Amypiehoneybunch's Recent   ▼ 1 of 6 ▲
Galleries

Ever Wonder What Jared
Leto Looks Like In Drag?
Updated Nov 16, 2012

Unicorns, Stars, and

**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot Ever** Read More »

9 of 9 (see all)



Full Size

**Kate Moss' 13-Year-Old Sister is STUNNING in Her First Photoshoot**

amypiehoneybunch.buzznet.com/photos/thefanningsistersloo/#pt

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV13- 1737 GW (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] | **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] | **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] | **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Peter R. Afrasiabi (SBN 193336).
John Tehranian (SBN 211616)
Imran F. Vakil (SBN 248859)
ONE LLP, 4000 MacArthur Blvd.,
West Tower, Ste. 1100, Newport Beach, CA 95660
Tel: 949-502-2870    Fax: 949-258-5081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CARTER-BOWMAN, LTD., a United Kingdom Company, | CASE NUMBER |
| PLAINTIFF(S) | **CV13-1737 GW(JEMx)** |
| v. | |
| BUZZMEDIA, INC., a California corporation, doing business as BUZZNET.COM; and DOES 1 through 10, inclusive. | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): BUZZMEDIA, INC., a California corporation, doing business as BUZZNET.COM; and DOES 1 through 10, inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Imran F. Vakil _____, whose address is ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660 __. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 1 1 2013

Dated: _____

Clerk, U.S. District Court

By: _____**NANCY INTERIANO**_____
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

ANDREA CARTER-BOWMAN, LTD., a United Kingdom Company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

BUZZMEDIA, INC., a California corporation, doing business as BUZZNET.COM; and DOES 1 through 10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ONE LLP
4000 MacArthur Blvd., West Tower, Suite 1100
Newport Beach, CA 92660
Tel: 949-502-2870; Fax: 949-258-5081

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding  ☐ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from Another District (Specify)  ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 101 et seq. (copyright infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-1737 GW(JEMx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO   ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  ☒ NO   ☐ YES

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | United Kingdom |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 03/07/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |