Case 2:13-cv-01737-GW-JEM   Document 30   Filed 12/05/13   Page 1 of 2   Page ID #:182

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CARTER-BOWMAN Ltd. a United Kingdom Company,<br><br>　　　Plaintiff,<br>v.<br><br>SPINMEDIA, INC. (f/k/a BUZZMEDIA, INC.), a California corporation, doing business as BUZZNET.COM; and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No. CV 13-1737-GW(JEMx)<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: March 11, 2013<br>FAC filed: July 8, 2013 |

[PROPOSED] ORDER RE: JOINT STIPULATION DISMISSING ALL CLAIMS
IN PLAINTIFF'S FIRST AMENDED COMPLAINT - 2:13-cv-01737-GW-JEM

# ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Plaintiff's First Amended Complaint filed July 8, 2013 and all claims thereto shall be dismissed with prejudice with all parties to bear their own attorneys' fees and costs.

Dated: December 5, 2013

_____ /s/ George H. Wu _____
The Honorable George H. Wu
U.S. Federal District Judge
Central District of California